UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CIVIL ACTION NO. 5:11CV-142-R

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                          C O M P L A I N T

AMANDA M. MILLS                                                             DEFENDANTS
140 Bakersfield Drive
Cadiz, KY  42211
and
143 Candy Drive
Cadiz, KY 422110-9756

Any unknown spouse of                    REAL PROPERTY LOCATED AT:
AMANDA M. MILLS                          140 Bakersfield Drive
SERVE:  Warning Order Attorney           Cadiz, KY 42211

PENNYRILE RURAL ELECTRIC COOP. CORP., INC.
SERVE: Eston Glover, Jr., Agent
2000 Harrison Street
Hopkinsville, KY 42240-0551


        Comes the plaintiff, the United States of America, by and through its counsel, the United States Attorney for the Western District of Kentucky and for its Complaint and cause of action against the defendant states as follows:

        1.  This action is brought by the United States of America on behalf of its agency, Department of Agriculture, Rural Housing Service ("RHS") a/k/a Rural Development ("RD") f/k/a Farmers Home Administration ("FmHA"), pursuant to 28 U.S.C. § 1345.

        2.  On January 10, 2008, defendant, Amanda M. Mills, ("Defendant") for value received, executed and delivered to RHS a Promissory Note (the "Note") in the principal amount of $115,000.00, bearing interest at the rate of 5.6250 percent per annum.  Beginning February 10, 2008, principal and interest were payable in monthly

installments of $639.41, due on the 10th of each month until January 10, 2041, at which time the final installment of the outstanding principal and interest was due and payable. A copy of the Note is attached hereto marked Exhibit A, and is hereby incorporated by reference as if set forth at length herein.

    3. Contemporaneously with the execution of the Note and to secure its payment, defendant, Amanda M. Mills, executed, acknowledged and delivered to RHS a Real Estate Mortgage (the "Mortgage") which was recorded on January 11, 2008, in Mortgage Book 252, Page 302, in the Office of the Clerk of Trigg County, Kentucky. In and by the Mortgage, defendant, Amanda M. Mills, granted a first mortgage lien to RHS against the therein-described property (the "Property") located in Trigg County, Kentucky. A copy of the Mortgage is attached hereto marked Exhibit B and is hereby incorporated by reference as if set forth at length herein.

    4. To further secure the Note, defendant, Amanda M. Mills, executed and delivered to RHS a Subsidy Repayment Agreement acknowledging the right of RHS to recapture, upon transfer of title or non-occupancy of the Property, any interest credits granted to her by RHS. A copy of the Subsidy Repayment Agreement is attached hereto marked Exhibit C and is hereby incorporated by reference as if set forth at length herein.

    5. Further, the mortgage in paragraph six (6) prohibits defendant, Amanda M. Mills, from abandoning the property. An inspection by an agent of the Department of Agriculture on May 3, 2011 revealed the property is abandoned.

6. Defendant, Amanda M. Mills, made payments of principal and interest on the Note from time to time, but failed to make the principal and interest payments due in accordance with the terms and conditions of the Note and Mortgage and is therefore in default.

7. Paragraph (22) of the Mortgage provides that if default occurs in the performance or discharge of any obligation of the Mortgage, then the United States shall have the right to accelerate and declare the entire amount of all unpaid principal together with all accrued interest as being immediately due and payable and to bring an action to enforce the Mortgage, including the foreclosure of the lien thereof. Because of the defaults of the mortgage account of defendant, Amanda M. Mills, as set forth in paragraphs five (5) and six (6) above, RHS has served upon said defendant a Notice of Acceleration of Indebtedness and Demand for Payment declaring the entire indebtedness due under the Note and Mortgage to be immediately due and payable.

8. The unpaid principal balance on the Note is $111,275.65 with accrued interest of $4,167.13, late charges of 40.92 and fees of $273.97, through July 11, 2011. Interest credits were granted in the amount of $10,143.56 for a total unpaid balance of $125,901.23. Interest is accruing on the unpaid principal balance at the rate of $17.1905 per day after July 11, 2011.

9. The Property is indivisible and cannot be divided without materially impairing its value and the value of RHS's lien thereon.

10. Whether or not the defendant, Amanda M. Mills, is married is unknown to the plaintiff. The defendant, the Unknown Spouse of Amanda

3

M. Mills, if same exists, is vested with a curtesy interest in the Property by virtue of his status as the spouse of Amanda M. Mills, which said curtesy interest is junior in rank and subordinate in priority to the first mortgage lien on the Property in favor of RHS. RHS is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of the defendant, said Unknown Spouse, and the plaintiff calls upon him to come forth and assert his claim or interest in the Property, and offer proof thereof, or be forever barred.

  11. The defendant, Pennyrile Rural Electric Coop, Inc., may claim an interest in the Personal Property by virtue of a UCC lien on the heat pump system, recorded on March 16, 2009 in FF Book 3, Page 506 in the Trigg County Clerk's Office, a copy of which is attached hereto marked Exhibit D.  The interest of Pennyrile Rural Electric Coop. Corp., Inc. is inferior in rank and subordinate in priority to the first mortgage lien on the Real Property in favor of RHS, and the plaintiff calls upon this defendant to come forth and assert its interest in or claim upon the Personal Property, if any, and offer proof thereof, or be forever barred.

  12. There are no other persons or entities purporting to have an interest in the Property known to the plaintiff.

  WHEREFORE, Plaintiff, the United States of America, on behalf of RHS, demands:

  a. Judgment against the interests of the Defendant, Amanda M. Mills, in the Property in the principal amount of $111,275.65, plus interest in the amount of $4,167.13, late charges of 40.92 and fees of

$273.97, as of July 11, 2011, and $10,143.56 interest credits for a total unpaid balance due of $125,901.23 as of July 11, 2011, with interest accruing at the daily rate of $17.1905 from July 11, 2011, until the date of entry of Judgment, and interest thereafter according to law, plus costs, disbursements and expenses;

    b.  That RHS be adjudged a lien on the Property, prior and superior to any and all other liens, claims, interests and demands, except liens for unpaid real estate ad valorem taxes; that RHS's lien be enforced and the Property be sold in accordance with Title 28 U.S.C. §§ 2001-2003 subject to easements, restrictions and stipulations of record, liens for any city, state, county, or school ad valorem taxes which may be due and payable at the time of sale; and that the proceeds from the sale be applied first to the costs of this action, second to the debt, interest, costs and fees due RHS, with the balance remaining to be distributed to the parties as their liens or interests may appear;

    c.  That the Property be adjudged indivisible and be sold as a whole;

    d.  That the defendants be required to Answer and set up their liens, claims or interests in and to the Property, if any, or be forever barred, and that the foreclosure sale of the Property be free and clear of all such liens, claims and interests;

    e.  The United States shall have possession of the subject property after ten (10) days of judgment entry.

  f. Any and all other lawful relief to which plaintiff may appear properly entitled herein.

              UNITED STATES OF AMERICA

              DAVID J. HALE
              United States Attorney


              s/Michael F. Spalding
              Michael F. Spalding
              Assistant U. S. Attorney
              510 W. Broadway, 10th Floor
              Louisville, KY 40202
              Phone: 502/625-7073
              Mike.spalding@usdoj.gov